**306**

Robert L. EMRICK, Appellant,

v.

**TOTAL RISK MANAGEMENT, INC., Respondent.**

No. WD 46971.

Missouri Court of Appeals,
Western District.

Dec. 28, 1993.

Patrick John Brady, Kansas City, for appellant.

Paul Douglas Cowing, Kansas City, for respondent.

Before HANNA, P.J., and
LOWENSTEIN and FENNER, JJ.

PER CURIAM.

### ORDER

Plaintiff appeals a judgment entered in favor of the defendant in a negligence action.

Judgment affirmed. Rule 84.16(b).